No. 81–2147. ARIZONA ET AL. v. SAN CARLOS APACHE TRIBE OF ARIZONA ET AL.; ARIZONA ET AL. v. NAVAJO TRIBE OF INDIANS ET AL.; and

No. 81–2188. MONTANA ET AL. *v.* NORTHERN CHEYENNE TRIBE OF THE NORTHERN CHEYENNE INDIAN RESERVATION ET AL. C. A. 9th Cir. [Certiorari granted, 459 U. S. 821.] Motion of respondents San Carlos Apache Tribe of Arizona et al. for leave to file a supplemental brief after argument granted.